IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00084-AP

GINGER FREEMAN,

Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Gail C. Harriss | JOHN F. WALSH |
| GAIL C. HARRISS, LLC | United States Attorney |
| 450 S. Camino del Rio, Suite201 | |
| Durango, Colorado 81301 | WILLIAM G. PHARO |
| Telephone (970) 247-4411 | Assistant United States Attorney |
| Facsimile (970) 247-1482 | District of Colorado |
| E-mail: gharriss@harrisslaw.com | |
| | Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | 1001 Seventeenth Street, Sixth Floor |
| | Denver, Colorado 80202 |
| | 303-844-0815 |
| | 303-844-0770 Facsimile |
| | stephanie.kiley@ssa.gov |

-1-

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

**A.  Date Complaint Was Filed:**                                       January 12, 2012

**B.  Date Complaint Was Served on U.S. Attorney's Office:**       February 6, 2012

**C. Date Answer and Administrative Record Were Filed:**            April 6, 2012

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Counsel for Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Counsel for Defendant states that the record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Counsel for Plaintiff states:**   To the best of her knowledge, this case does not involve unusual claims or defenses.

**Counsel for Defendant states:**  To the best of her knowledge, this case does not involve unusual claims or defenses.

**7.  OTHER MATTERS**

There are no other matters anticipated.

## 8.  BRIEFING SCHEDULE

The parties respectfully request the following briefing schedule:

**A.  Plaintiffs Opening Brief Due:**                                        June 5, 2012

**B.  Defendant's Response Brief Due:**                                 July 5, 2012

**C.  Plaintiffs Reply Brief (If Any) Due:**                           July 20, 2012

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A.  Plaintiffs Statement:**

Plaintiff does not request oral argument.

**B.  Defendant's Statement:**

Defendant does not request oral argument

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States
Magistrate Judge.

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES
MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY
OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT,
ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a
showing of good cause.

DATED this 26th day of April, 2012.

BY THE COURT:

*s/John L. Kane*

U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| /s/ Gail C. Harriss<br>Gail C. Harriss<br>GAIL C. HARRISS, LLC<br>450 S. Camino del Rio, Suite 201<br>Durango, Colorado 81301<br>Telephone (970) 247-4411<br>Facsimile (970) 247-1482<br>gharriss@harrisslaw.com<br><br>Attorney for Plaintiff | JAMES F. WALSH<br>United States Attorney<br><br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>District of Colorado<br><br>/s/ Stephanie Lynn F. Kiley<br>Stephanie Lynn F. Kiley<br>Assistant Regional Counsel<br>1001 Seventeenth Street, Sixth Floor<br>Denver, Colorado  80202<br>Telephone:  (303) 844-0815<br>stephanie.Kiley@ssa.gov<br><br>Attorneys for Defendant. |